Theodore S. Maceiko (SBN 150211)
ted@maceikoip.com
MACEIKO IP
3770 Highland Avenue, Suite 207
Manhattan Beach, CA  90266
Telephone:   (310) 545-3311
Facsimile:   (310) 545-3344

Attorneys for Plaintiff
MAD DOGG ATHLETICS, INC.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAD DOGG ATHLETICS, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> BODY BIKE INTERNATIONAL A/S, a Denmark private limited company, <br><br> Defendant. | Case No. CV12-04526 CAS (JCGx) <br><br> [PROPOSED] DISMISSAL ORDER <br><br> Complaint Filed:  May 24, 2012 <br> Trial Date:          Not Scheduled <br> Judge:  Hon. Christina A. Snyder |
| BODY BIKE INTERNATIONAL A/S, a Denmark private limited company, <br><br> Counter-Claimant, <br><br> v. <br><br> MAD DOGG ATHLETICS, INC., a California corporation, <br><br> Counter-Defendant. | |

This matter having come before the Court by way of Stipulation of Voluntary Dismissal, IT IS HEREBY ORDERED that this action is hereby dismissed in its entirety with each party being responsible for their own attorneys' fees and costs.

SO ORDERED this 5th day of August, 2013.

_____
Honorable Christina A. Snyder
United States District Judge